UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  19-cr-05257-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | |
| MARCELL ALVARADO, | **ORDER TO EXTEND SELF-SURRENDER DATE** |
| Defendant. | |

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that the Defendant, Marcell Alvarado's self-surrender date be extended to July 13, 2021 at 12:00 p.m.

**IT IS SO ORDERED.**

DATED: May 7, 2021

Hon. Dana M. Sabraw
United States Chief District Judge